Robert O. **BRENHAM**, Plaintiff,

v.

**SOUTHERN PACIFIC COMPANY**, Defendant-Third-Party Plaintiff-Appellant,

v.

**SUTTON'S STEEL & SUPPLY, INC.**, et al., Third-Party Defendants-Appellees.

No. 72–1387

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 9, 1972.

Rehearing Denied Aug. 15, 1972.

Certiorari Denied Dec. 11, 1972.

See 93 S.Ct. 560.

Richard C. Meaux, Davidson, Meaux, Onebane & Donohoe, Lafayette, La., for plaintiff-appellant.

William O. Bonin, Landry, Watkins, Cousin & Bonin, New Iberia, La., for third-party defendants-appellees.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

On the basis of the district court's well-reasoned opinion, reported at 328 F.Supp. 119, on the issue of whether appellant was entitled to the right of contribution from appellees in the instant case, we affirm. *Cf.* United States v. Moore, 3d Cir. 1972, 469 F.2d 788. See also Phillips v. Houston Fire & Casualty Insurance Company, W.D.La. 1963, 219 F.Supp. 420.

---

* Rule 18, 5th Cir.; *see* Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.